■ In the Matter of REVEIRA WILCOVE, Appellant, v TOWN OF PITTSFORD ZONING BOARD OF APPEALS et al., Respondents. (Appeal No. 2.) [760 NYS2d 925] —Appeal from a judgment (denominated order and judgment) of Supreme Court, Monroe County (Lunn, J.), entered July 8, 2002, which dismissed the CPLR article 78 petition.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Matter of Wilcove v Town of Pittsford Zoning Bd. of Appeals* (306 AD2d 898 [2003]). Present— Green, J.P., Hurlbutt, Kehoe, Gorski and Hayes, JJ.

■ In the Matter of KENNETH STEEN, Appellant, v JAMES OLVERD, as Supervisor of Town of Mt. Morris, et al., Respondents. [760 NYS2d 376] —Appeal from a judgment (denominated order) of Supreme Court, Livingston County (Alonzo, J.), entered September 9, 2002, which dismissed the CPLR article 78 petition.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Livingston County, Alonzo, J. Present—Green, J.P., Hurlbutt, Kehoe, Gorski and Hayes, JJ.